UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KERN,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:24-cv-2615 WBS CSK P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 |    1. The findings and recommendations (ECF No. 19) are adopted in full;

3 |    2. Plaintiff's second amended complaint is dismissed without prejudice; and

4 |    3. The Clerk of the Court is directed to close this case.

5 | Dated:  August 26, 2025

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

10 | /kern2615.804